IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


AMERICAN HALLMARK INSURANCE
COMPANY OF TEXAS, a foreign
corporation,

Case No. 3:17-cv-00344-SB

**JUDGMENT**

    Plaintiff,

        v.

OREGON INTERIORS, INC., an Oregon
corporation; AARON ENSLEY, an individual;
and BROOKE ENSLEY, an individual,

        Defendants.

---

    Based on the record and this Court's Opinion and Order,

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff has no duty to defend the

"Fox Lawsuit" (Multnomah County Circuit Court Case No. 16CV30165), and therefore

JUDGMENT IS ENTERED on behalf of Plaintiff on its First Claim for Relief, as well as on

Defendants' Counterclaims. This case is DISMISSED with prejudice, and the Court denies any

pending motions as moot.

    DATED this 11th day of December, 2018.

        _Stacie F. Beckerman_

        _____
        STACIE F. BECKERMAN
        United States Magistrate Judge


PAGE 1 – JUDGMENT